**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

GARRICK SPAIN                                    CASE NO.  6:24-CV-01588

VERSUS                                           JUDGE ROBERT R. SUMMERHAYS

DUFRESNE SPENCER GROUP, LLC                      MAGISTRATE JUDGE DAVID J. AYO

## JUDGMENT

This matter was referred to Magistrate Judge David J. Ayo for Report and Recommendation. After an independent review of the record, and noting the absence of objections filed, the Court concludes the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Amend and Motion for Remand [ECF No. 20] is GRANTED, and this civil action is REMANDED to the Fifteenth Judicial District Court for Lafayette Parish, Louisiana.

THUS DONE in Chambers on this ___20th___ day of July, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE